AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED
JAN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

JOSUE ALAYA-ZACARIAS

WAIVER OF INDICTMENT

CASE NUMBER: 08CR183-JLS

I, <u>JOSUE ALAYA-ZACARIAS</u>, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/24/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
        JUDICIAL OFFICER